**Order entered November 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01117-CV

## JESUS ANTONIO GONZALEZ, Appellant

## V.

## BLUE CIEL TOWER DEVELOPMENT, LTD., ET AL., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01134**

## ORDER
Before Chief Justice Burns, Justices Molberg, and Justice Nowell

Before the Court is appellant's petition for permissive appeal. We **GRANT** the petition. A notice of appeal is deemed to have been filed as of the date of this order, and the appeal will proceed in accordance with the rules governing accelerated appeals. *See* TEX. R. APP. P. 28.3(k).

We **ORDER** Felicia Pitre, Dallas County District Clerk, and Deana Rouse, Official Court Reporter for the 95th Judicial District Court, to file their respective records **WITHIN TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Presiding Judge

of the 95th Judicial District Court; Ms. Pitre; Ms. Rouse; and all parties.


                                       /s/      ROBERT D. BURNS, III
                                                 CHIEF JUSTICE

Justice Molberg would deny the petition for permissive appeal.